152 A.3d 764

**YI**

**v.**

**YI**

**Pet. Docket No. 451, Sept. Term, 2016**

Court of Appeals of Maryland.

January 23, 2017

Administratively closed by the Court of Special Appeals (No. 735, Sept. Term, 2016)

Petition for writ of certiorari dismissed